UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 05 B 15106
   DONALD F CUNNINGHAM
   THEO E CUNNINGHAM                          CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-6596    SSN XXX-XX-3065
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/19/05 and confirmed on 06/20/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 61339.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | SECURED | 15000.00 | 520.43 | 15000.00 |
| BECKET & LEE LLP | UNSECURED | 1529.49 | .00 | 1529.49 |
| SMC | UNSECURED | 1071.84 | .00 | 1071.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4933.03 | .00 | 4933.03 |
| CREDIT FIRST NA | UNSECURED | 478.18 | .00 | 478.18 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4801.63 | .00 | 4801.63 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6084.70 | .00 | 6084.70 |
| FLEET CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TEACHERS CU | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1684.13 | .00 | 1684.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7073.78 | .00 | 7073.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3167.04 | .00 | 3167.04 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5996.82 | .00 | 5996.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2756.89 | .00 | 2756.89 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 2423.16 | .00 | 2423.16 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15000.00 | .00 | 42000.69 | .00 | 57000.69 |
| PRINCIPAL PAID | 15000.00 | .00 | 42000.69 | .00 | 57000.69 |
| INTEREST PAID | 520.43 | .00 | .00 | .00 | 520.43 |
| TOTAL PAID | 15520.43 | .00 | 42000.69 | .00 | 57521.12 |

The Debtor's attorney, RICHARD T JONES         , was allowed $   2700.00 and was paid $   1315.00   direct and $   1385.00   through the plan.

The Trustee received $   2425.07 .

Refunds to the Debtor totaled $      7.81 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 05 B 15106 DONALD F CUNNINGHAM & THEO E CUNNINGHAM